# Notice Recipients

District/Off: 0976–4  User: admin  Date Created: 01/22/2025
Case: 25–40053–NGH  Form ID: 309I  Total: 58

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| db | David A Randall | 114 E 275 S | Jerome, ID 83338 | |
| jdb | Kerry S Randall | 114 E 275 S | Jerome, ID 83338 | |
| ust | US Trustee | 550 West Fort St, Ste 698 | Boise, ID 83724 | |
| tr | Kathleen A. McCallister | POB 1150 | Meridian, ID 83680 | |
| aty | Alexandra O Caval | Caval Law Office, P.C. | POB 1716 | Twin Falls, ID 83303 |
| 5382123 | 12 CASHNETUSA | 110 Hammond Dr | Ste 110 | Atlanta, GA 30328–4806 |
| 5382125 | Aes/aua | Attn: Bankruptcy | PO Box 2461 | Harrisburg, PA 17105–2461 |
| 5382124 | Aes/aua | PO Box 61047 | Harrisburg, PA 17106–1047 | |
| 5382127 | American Education Services | Attn: Bankruptcy | PO Box 2461 | Harrisburg, PA 17105–2461 |
| 5382126 | American Education Services | PO Box 61047 | Harrisburg, PA 17106–1047 | |
| 5382128 | Boost Finance | 5940 Summerhill Road | Texarkana, TX 75503 | |
| 5382129 | Bright Lending | PO Box 578 | Hays, MT 59527 | |
| 5382131 | Capital One | Attn: Bankruptcy | PO Box 30285 | Salt Lake City, UT 84130–0285 |
| 5382130 | Capital One | PO Box 31293 | Salt Lake City, UT 84131–0293 | |
| 5382132 | Cng Holdings, Inc. | 7755 Montgomery Rd | Cincinnati, OH 45236–4291 | |
| 5382133 | Cng Holdings, Inc. | 7755 Montgomery Rd | Ste 500 | Cincinnati, OH 45236–4291 |
| 5382135 | Comenity Bk/Ulta | Attn: Bankruptcy | PO Box 182125 | Columbus, OH 43218–2125 |
| 5382134 | Comenity Bk/Ulta | PO Box 182120 | Columbus, OH 43218–2120 | |
| 5382137 | Costco Citi Card | Attn: Bankruptcy | PO Box 6500 | Sioux Falls, SD 57117–6500 |
| 5382136 | Costco Citi Card | PO Box 6190 | Sioux Falls, SD 57117–6190 | |
| 5382138 | Essential Lending | 3500 S Hulen St | Ste 201 | Fort Worth, TX 76109–2523 |
| 5382139 | Essential Lending | Attn: Bankruptcy | 3500 Hulen St    Ste 201    Fort Worth, TX 76107–6812 | |
| 5382140 | Foursight Capital, LLC. | 2783 S Leadership Ct | West Valley City, UT 84120 | |
| 5382141 | Foursight Capital, LLC. | Attn: Bankruptcy | PO Box 45026 | Salt Lake City, UT 84145–0026 |
| 5382142 | Idaho State Tax Commission | P.O. Box 36 | Boise, ID 83722 | |
| 5382143 | Internal Revenue Service | P.O. Box 7346 | Philadelphia, PA 19101–7346 | |
| 5382144 | Jora Credit | Attn: Bankruptcy | PO Box 8407 | Philadelphia, PA 19101 |
| 5382145 | Lendmark Financial Ser | 2118 Usher St NW | Covington, GA 30014–2434 | |
| 5382146 | Lift Lending | 8615 Freeport Parkway, Suite 250 | Irving, TX 75063 | |
| 5382148 | Macy's/ DSNB | Atytn: Bankruptcy | 701 E 60th St N | Sioux Falls, SD 57104–0432 |
| 5382147 | Macy's/ DSNB | PO Box 6789 | Sioux Falls, SD 57117–6789 | |
| 5382150 | Nelnet | Attn: Claims | PO Box 82505 | Lincoln, NE 68501–2505 |
| 5382149 | Nelnet | PO Box 82561 | Lincoln, NE 68501–2561 | |
| 5382151 | NewRez | Attn: Baron Silverstein, President    01 Office Center Drive, Suite 100    Fort Washington, PA 19034 | | | |
| 5382153 | Onemain Financial | Attn: Bankruptcy | PO Box 142 | Evansville, IN 47701–0142 |
| 5382152 | Onemain Financial | PO Box 1010 | Evansville, IN 47706–1010 | |
| 5382156 | PHEAA/HCB | Attn: Bankruptcy/Default Loans | PO Box 8147 | Harrisburg, PA 17105–8147 |
| 5382154 | Paul Wheeler | 2546 Maplehills Dr | Bountiful, UT 84010 | |
| 5382155 | Pheaa | PO Box 61017 | Harrisburg, PA 17106–1017 | |
| 5382157 | Plaza Servic | 110 Hammond Dr | Ste 110 | Atlanta, GA 30328–4806 |
| 5382158 | Plaza Services, LLC | Attn: Bankruptcy | 110 Hammond Dr    Ste 110    Atlanta, GA 30328–4806 | |
| 5382160 | Sanger Financial LLC | Attn: Clare Morse, Reg. Agent | 14240 South 2200 West | Bluffdale, UT 84065 |
| 5382159 | Sanger Financial LLC | Attn: Clare Morse, Reg. Agent | 14240 South 2200 West | Bluffdate, UT 84065 |
| 5382161 | SpotLoan | P.O. Box 720 | Belcourt, ND 58316 | |
| 5382162 | Suntrust Ed Lns | PO Box 61017 | Harrisburg, PA 17106–1017 | |
| 5382164 | Syncb/Old Navy | Attn: Bankruptcy | PO Box 965060 | Orlando, FL 32896–5060 |
| 5382163 | Syncb/Old Navy | PO Box 8803 | Wilmington, DE 19899–8803 | |
| 5382166 | Synchrony Bank | Attn: Bankruptcy | PO Box 965060 | Orlando, FL 32896–5060 |
| 5382165 | Synchrony Bank | PO Box 71729 | Philadelphia, PA 19176 | |
| 5382168 | Synchrony Bank/Amazon | Attn: Bankruptcy | PO Box 965060 | Orlando, FL 32896–5060 |
| 5382167 | Synchrony Bank/Amazon | PO Box 71737 | Philadelphia, PA 19176 | |
| 5382170 | Synchrony Bank/Jcpenney | Attn: Bankruptcy | PO Box 965060 | Orlando, FL 32896–5060 |
| 5382169 | Synchrony Bank/Jcpenney | PO Box 71729 | Philadelphia, PA 19176 | |
| 5382172 | Synchrony Bank/Tjx | Attn: Bankruptcy | PO Box 965060 | Orlando, FL 32896–5060 |
| 5382171 | Synchrony Bank/Tjx | PO Box 71737 | Philadelphia, PA 19176 | |
| 5382173 | TFSS | Attn: Shauna Romrell, Registered Agent | 580 Jensen Grove Drive | Blackfoot, ID 83221 |
| 5382175 | Transform Credit Inc | Attn: Bankruptcy | 332 S Michigan Ave    Fl 9    Chicago, IL 60604–4434 | |
| 5382174 | Transform Credit Inc | Attn: Bankruptcy | 332 S Michigan Ave, 9th Floor | Chicago, IL 60604 |

TOTAL: 58