# Notice Recipients

District/Off: 0976–1   User: admin   Date Created: 2/14/2025
Case: 25–00089–NGH   Form ID: 309A   Total: 171

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
5385060    Joshua Jones
5385125    State of Idaho
5385126    State of Idaho

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db    Dustin E Weniger    967 E Park Center Blvd #154    Boise, ID 83706
ust    US Trustee    550 West Fort St, Ste 698    Boise, ID 83724
cr    UNIFY Financial Federal Credit Union    PO Box 10018    Manhattan Beach, CA 90267 UNITED STATES
cr    Ally Bank c/o AIS Portfolio Services, LLC    4515 N Santa Fe Ave. Dept. APS    Oklahoma City, OK 73118
tr    Kimberly L Stevens – Trustee    Larreau & Lythgoe, PC    1104 Country Hills Drive    Suite 750    Ogden, UT 84403
aty    Alexandra O Caval    Caval Law Office, P.C.    POB 1716    Twin Falls, ID 83303
aty    Jason Ronald Naess    DOJ–UST    550 West Fort St.    Ste 698    Boise, ID 83724
5384994    223 Roedel Ave LLC    4600 W Apple St    Boise, ID 83716
5384993    223 Roedel Ave LLC    c/o Blair Clark, Attorney    967 E Parkcenter Blvd, #282    Boise, ID 83706
5384995    3sixty Management LLC    419 2nd St    Dodson, MT 59524
5385010    AWAS Cash Balance Plan    5016 N Ballinger Ave    Meridian, ID 83646
5384996    Aaron Davis    2318 N Burnam Pl    Star, ID 83669
5384997    Aaron Montesano    5174 S Hayseed Way    Boise, ID 83716
5384998    Ada County Treasurer    200 W Front St    Boise, ID 83702
5384999    Alaska Growth Capital BDICO Inc    3800 Centerpoint Dr, Ste 1100    Anchorage, AK 99503
5385296    Ally Bank    AIS Portfolio Services, LLC    4515 N Santa Fe Ave. Dept. APS    Oklahoma City, OK 73118
5385297    Ally Bank    AIS Portfolio Services, LLC    4515 N Santa Fe Ave. Dept. APS    Oklahoma City, OK 73118
5385298    Ally Bank    AIS Portfolio Services, LLC    4515 N Santa Fe Ave. Dept. APS    Oklahoma City, OK 73118
5385299    Ally Bank    AIS Portfolio Services, LLC    4515 N Santa Fe Ave. Dept. APS    Oklahoma City, OK 73118
5385300    Ally Bank    AIS Portfolio Services, LLC    4515 N Santa Fe Ave. Dept. APS    Oklahoma City, OK 73118
5385301    Ally Bank    AIS Portfolio Services, LLC    4515 N Santa Fe Ave. Dept. APS    Oklahoma City, OK 73118
5385000    Ally Financial    PO Box 380902    Minneapolis, MN 55428
5385002    Ally Financial, Inc    Attn: Bankruptcy    PO Box 380901    Bloomington, MN 55438–0901
5385001    Ally Financial, Inc    PO Box 380901    Bloomington, MN 55438–0901
5385003    Amy Weniger    2351 E Tiger Lily Dr    Boise, ID 83716
5385004    Andrew & Shirley Archuleta    2710 W Maracay Dr    Meridian, ID 83646
5385005    Anesthesia Associates of Boise    2537 W State Street, Ste 200    Boise, ID 83702
5385006    Anna Aliyeva    1146 N Dawn Dr    Boise, ID 83713
5385007    Apex    c/o Josh Swenson    3376 S Donnington Pl    Eagle, ID 83616
5385008    Austin Archambeau    8050 W Ustick    Boise, ID 83704
5385009    Avion Funding LLC    101 Chase Ave, Suite 208    Lakewood, NJ 08701
5385011    B10 Capital LLC    2 650 W Suite B    Farmington, UT 84025
5385013    Bank of America    Attn: Bankruptcy    4909 Savarese Cir    Tampa, FL 33634–2413
5385012    Bank of America    PO Box 982238    El Paso, TX 79998–2238
5385014    Barak Blake    5147 S Hayseed Way    Boise, ID 83716
5385015    Barclays    Attn: Bankruptcy    PO Box 8801    Wilmington, DE 19899
5385016    Benjamin Swett    2082 N Coal Creek Ave    Star, ID 83669
5385017    Billy & Buffy Thompson    15278 Hanks Way    Caldwell, ID 83607
5385018    Bizfund LLC    2371 McDonald Ave 2nd Fl    Brooklyn, NY 11223
5385019    Brad Ryan    401 W. Front St    Boise, ID 83702
5385020    Broadbent Ventures LLC    6149 N Meeker Pl, Ste 110    Boise, ID 83713
5385021    Bryan DeLaura    10058 Irongate Dr    Nampa, ID 83687
5385023    Cenlar    Attn: Bankruptcy    PO Box 77404    Ewing, NJ 08628–6404
5385022    Cenlar    PO Box 77404    Ewing, NJ 08628–6404
5385025    Channel Partners Capital LLC    10900 Wayzata Blvd, Suite 300    Minnetonka, MN 55305
5385024    Channel Partners Capital LLC    c/o Divid Lippman, its attorney    1325 N Wilmot, 3rd Floor    Tucson, AZ 85712
5385026    Citadel/servicemac    PO Box 100078    Duluth, GA 30096–9377
5385027    Citibank    PO Box 6217    Sioux Falls, SD 57117–6217
5385028    Continental Service Group LLC    PO Box 3023    Niagara Falls, NY 14304
5385029    Cosho Humphrey, LLP    1501 S Tyrell Lane    Boise, ID 83706
5385030    Credit Collection Services    725 Canton St    Norwood, MA 02062
5385031    D & A Services    1400 E Touhy Ave, Ste G2    Des Plaines, IL 60018
5385032    Darius Boockholdt    3033 W Retreat Ln    Eagle, ID 83616
5385033    Dave & Penney Walker    3174 N 3500 E    Kimberly, ID 83341

| | | | | |
|---|---|---|---|---|
| 5385034 | Davis Family Medicine | 222 N 2nd Street, Ste 204 | Boise, ID 83702 | |
| 5385035 | Devon Moncur | 250 Targhee Towne Road | Alta, WY 83414 | |
| 5385036 | Diana Luoma | PO Box 890 | Fruitland, ID 83619 | |
| 5385037 | Don–Bar Enterprises, LLC | 10081 N Palisades Way | Boise, ID 83714 | |
| 5385038 | Emil Aliyev | 1146 N Dawn Dr. | Boise, ID 83713 | |
| 5385039 | Ethan Foy Upton | 2150 Elliott St | Eagle, ID 83616 | |
| 5385040 | Fifth Third Bank | 5050 Kingsley Dr | Cincinnati, OH 45227–1115 | |
| 5385041 | Fifth Third Bank | Attn: Bankruptcy Maildrop RCS83E | 1830 E Paris Ave SE | Grand Rapids, MI 49546–6253 |
| 5385042 | First Credit | PO BOx 630838 | Cincinnati, OH 45263 | |
| 5385044 | First Interstate Bancsystem, Inc | Attn Bankruptcy Department | 401 N 31st St | Billings, MT 59101–1200 |
| 5385043 | First Interstate Bancsystem, Inc | PO Box 30918 | Billings, MT 59116–0918 | |
| 5385045 | Ford Motor Credit | PO Box 35910 | Cleveland, OH 44135 | |
| 5385046 | Gary Hedges | 7291 E Hampshire Lane | Nampa, ID 83687 | |
| 5385047 | Goldman Sachs Bank USA | PO Box 45400 | Salt Lake City 84145 | |
| 5385048 | Goss Gustavel Goss | 401 W Front St, Ste 302 | Boise, ID 83702 | |
| 5385049 | Heath VanPatten | 2071 E Trail Blazer Dr | Meridian, ID 83646 | |
| 5385050 | Hom, LLC | 2879 W Sugarberry Dr | Eagle, ID 83616 | |
| 5385051 | Idaho State Tax Commission | P.O. Box 36 | Boise, ID 83722 | |
| 5385052 | Illya Zagorodniy | 4349 W Dunkirk Ave #142 | Hayden, ID 83835 | |
| 5385053 | Internal Revenue Service | P.O. Box 7346 | Philadelphia, PA 19101–7346 | |
| 5385061 | JP RMP | PO Box 16749 | 4416 | |
| 5385054 | Janet & Derek Wolfly | PO Box 1190 | Bellevue, ID 83313 | |
| 5385055 | Jeremy Swenson | 267 East Rivers Edge Dr | Eagle, ID 83616 | |
| 5385056 | Jim Hollister | 2162 W Caliret St | Kuna, ID 83634 | |
| 5385057 | Jose Rexach | 10911 W Cruser Dr | Boise, ID 83709 | |
| 5385058 | Joseph Holbrook | 771 E Loggers Pass St | Meridian, ID 83646 | |
| 5385059 | Josh Swenson | 3376 S Donnington Pl | Eagle, ID 83616 | |
| 5385063 | Jpmcb | MailCode LA4–7100 | 700 Kansas Ln | Monroe, LA 71203–4774 |
| 5385062 | Jpmcb | PO Box 15369 | Wilmington, DE 19850–5369 | |
| 5385064 | Justin Miller | 732 E Red Rock Dr | Meridian, ID 83646 | |
| 5385065 | Kelsey French | 5685 E Deer Ridge St | Boise, ID 83716 | |
| 5385066 | Kendall Brannen | 4665 S Brookwood Cir | Salt Lake City, UT 84117 | |
| 5385067 | KeyBank NA | PO Box 94968 | Cleveland, OH 44101 | |
| 5385068 | Kyle & Kandi Jones | 3080 S Elevation Place | Nampa, ID 83687 | |
| 5385069 | Leaf Capital Funding LLC | 2005 Market Street 14th Fl | Philadelphia, PA 19103 | |
| 5385070 | Lending USA | 15303 Ventura Blvd | Sherman Oaks, CA 91403–3110 | |
| 5385071 | Lending USA | Attn: Bankruptcy | 15303 Ventura Blvd | Ste 850 | Sherman Oaks, CA 91403–6630 |
| 5385072 | Les Schwab Tire Center | 20900 Cooley Rd | Bend, OR 97701–3406 | |
| 5385073 | Les Schwab Tire Center | Attn: Bankruptcy | PO Box 5350 | Bend, OR 97708–5350 |
| 5385074 | Leviton Law Firm LTD | One Pierce Place, Suite 725W | Itasca, IL 60143 | |
| 5385075 | MACU | PO Box 2331 | Sandy, UT 84091 | |
| 5385078 | MALCO LLC | Attn: Scott Nunes | PO Box 1366 | Nampa, ID 83653 |
| 5385077 | Macy's/ DSNB | Atytn: Bankruptcy | 701 E 60th St N | Sioux Falls, SD 57104–0432 |
| 5385076 | Macy's/ DSNB | PO Box 6789 | Sioux Falls, SD 57117–6789 | |
| 5385079 | Matt Krucker | 3213 E Sweetwater Dr | Boise, ID 83716 | |
| 5385080 | Matt Rissell | 2748 S Pasa Tiempo Way | Eagle, ID 83616 | |
| 5385081 | Matthew Briggs LLC | 10512 Pointe View Dr | Austin, TX 78738 | |
| 5385082 | Melissa Robinette | 516 E Ithaca St | Caldwell, ID 83605 | |
| 5385083 | Michael & Heather Warmuth | 6739 N Adale Way | Meridian, ID 83646 | |
| 5385084 | Mike & Vicki Tabacchi | 4125 E Barber Station Way | Boise, ID 83716 | |
| 5385085 | Mike Baker | 4956 Riverfront Pl | Garden City, ID 83714 | |
| 5385086 | Mike Spilotros | PO Box 876 | McCall, ID 83638 | |
| 5385087 | Mobley LLC | c/o Anne Kunkel | 242 North 8th St, Ste 220 | Boise, ID 83702 |
| 5385088 | Montana Boat Rentals LLC | 4800 Grant Creek Rd | Missoula, MT 59808 | |
| 5385089 | Montana Boat Rentals LLC | attn: Sheila Schwager | Hawley Troxell Ennis & Hawley LLP PO Box | Boise, ID 83701 |
| 5385090 | Morris D Albers 2018 Trust | attn: Morris Albers | 12145 Bowmont St | Boise, ID 83713 |
| 5385091 | Mossytree inc. | c/o: Amber Dina, Givens Pursley LLP | 601 W Bannock St | Boise, ID 83701 |
| 5385092 | Mountain Adventure Power Sports LLC | 10673 W Lake Hazel Rd, Ste 120 | Boise, ID 83709 | |
| 5385093 | Mountain America Credit Union | 660 S 200 E | Salt Lake City, UT 84111–3835 | |
| 5385094 | Mountain America Credit Union | Attn: Bankruptcy | 9800 S Monroe St | Sandy, UT 84070–4419 |
| 5385095 | Mr Cooper/United Wholesale Mortgage | 350 Highland St | Houston, TX 77009–6623 | |
| 5385096 | Mr Cooper/United Wholesale Mortgage | Attn: Bankruptcy | PO Box 619098 | Dallas, TX 75261–9098 |
| 5385097 | NACM Commercial Services | 606 N Pines Rd, Suite 102 | Spokane, WA 99206 | |
| 5385098 | Navient | PO Box 9500 | Wilkes Barre, PA 18773–9500 | |
| 5385099 | Newrez | 601 Office Center Dr | Fort Washington, PA 19034–3275 | |
| 5385100 | Newrez | Attn: Bankruptcy | PO Box 10826 | Greenville, SC 29603–0826 |
| 5385101 | Nicholas Sanders | 35 Scriver Woods Rd | Garden Valley, ID 83622 | |
| 5385102 | Nick Bynum | 111 Donna Dr | Middleton, ID 83644 | |
| 5385103 | ODK Capital, LLC | 1400 Broadway | New York, NY 10018 | |
| 5385107 | PNC Bank N.A. | Flamm Walton Heimbach | 794 Penllyn Pike, Ste 100 | Blue Bell, PA 19422 |
| 5385104 | Party of Six, LLC | Attn: Tom Sears | 193 Webster Way | Henderson, NV 89074 |
| 5385105 | Paul Maddux | 2725 NW Amity Ln | Portland, OR 97229 | |

| | | | | |
|---|---|---|---|---|
| 5385106 | Phillip & Lisa Southern | 4045 E Mardia St | Meridian, ID 83642 | |
| 5385108 | Prichard & Perkins Investments LLC | Attn: Robert Pritchard, Reg. Agent | 234 Carbarton Rd | Cascade, ID 83611 |
| 5385109 | RC Willey | Attn: Bankruptcy | PO Box 65320 | Salt Lake City, UT 84165 |
| 5385110 | Rc Willey Home Furnishings | 2301 S 300 W | Salt Lake City, UT 84115–2516 | |
| 5385111 | Rc Willey Home Furnishings | Attn: Bankruptcy | PO Box 65320 | Salt Lake City, UT 84165–0320 |
| 5385113 | Redline Recreational Toys Inc | attn: Kim Stevens, Ch 7 Trustee | Larreau & Lythgoe, PC 1104 Country Hills | Ogden, UT 84403 |
| 5385112 | Redline Recreational Toys Inc | c/o: Kimberly Stevens, Trustee | Larreau & Lythgoe, PC 1104 Country Hills | Ogden, UT 84403 |
| 5385114 | Robert DuPont | 4004 Stonegate Dr | Caldwell, ID 83605 | |
| 5385115 | Roy Strickland | 2818 S Pajaro Way | Eagle, ID 83616 | |
| 5385116 | Ryan Christiansen | 2200 W Sagwon Dr | Kuna, ID 83634 | |
| 5385122 | SOFI Lending Corp | 375 Healdsburg Ave, Suite 280 | Healdsburg, CA 95448 | |
| 5385117 | Sabrina Hollingsworth | 1546 S GoldBug Cir | Aurora, CO 80018 | |
| 5385118 | Sarah Chandler | 12377 W Driftwood Dr | Boise, ID 83713 | |
| 5385119 | Sekady Capital | 6905 HWY 95 | Fruitland, ID 83619 | |
| 5385120 | Shandra Musser | 1780 NW 24th Street | Fruitland, ID 83619 | |
| 5385121 | Shane Hollingsworth | 1546 S GoldBug Cir | Aurora, CO 80018 | |
| 5385123 | Springleaf Financial S | 9506 W Fairview Ave | Boise, ID 83704–8103 | |
| 5385124 | St Luke's Health System | P.O. Box 2578 | Boise, ID 83701–2578 | |
| 5385127 | Steven Kyser | PO Box 1089 | Ridgefield, WA 98642 | |
| 5385128 | Systems & Services Technologies | 4315 Pickett Rd | Saint Joseph, MO 64503–1600 | |
| 5385129 | Systems & Services Technologies | Attn: Bankruptcy | 4315 Pickett Rd | Saint Joseph, MO 64503–1600 |
| 5385130 | Tadje Orthopaedics LLC | 2365 E Gala St | Meridian, ID 83642 | |
| 5385132 | Td Auto Finance | Attn: Bankruptcy | PO Box 9223 | Farmington Hills, MI 48333–9223 |
| 5385131 | Td Auto Finance | PO Box 9223 | Farmington, MI 48333–9223 | |
| 5385133 | The Shauger Family Trust | c/o Anne Kunkel | 242 North 8th Street, Ste 220 | Boise, ID 83702 |
| 5385134 | Theraputic Associates | PO Box 14099 | Belfast, ME 04915 | |
| 5385135 | Tom & Hye Sun Row | 7217 Kingston Dr | Boise, ID 83704 | |
| 5385136 | Travis Gingerich | c/o Belnap Legal PLLC | 12550 W Explorer Dr, Ste 100 | Boise, ID 83713 |
| 5385263 | UNIFY Financial Federal Credit Union | PO Box 10018 | Manhattan Beach, CA 90267 | |
| 5385139 | US Bank NA | c/o: Erica White | Elam & Burke PO BOx 1539 | Boise, ID 83701 |
| 5385137 | Unify Financial Credit Union | 9323 Bellanca Ave | Los Angeles, CA 90045–4711 | |
| 5385138 | Unify Financial Credit Union | Attn: Bankruptcy | PO Box 10018 | Manhattan Beach, CA 90267–7518 |
| 5385140 | Vickie Latourette | 9675 W Glen Ellyn St | Boise, ID 83704 | |
| 5385141 | Vince Covino | 5173 N Brookmeadow Way | Boise, ID 83713 | |
| 5385142 | Washington Trust Bank | PO Box 2127 | Spokane, WA 99210–2127 | |
| 5385144 | Wells Fargo Dealer Services | Attn: Bankruptcy | 1100 Corporate Center Dr | Raleigh, NC 27607–5066 |
| 5385143 | Wells Fargo Dealer Services | PO Box 71092 | Charlotte, NC 28272–1092 | |
| 5385146 | Wells Fargo/Dillards | Attn: Bankruptcy | 1 Home Campus MAC X2303–01A | Des Moines, IA 50328–0001 |
| 5385145 | Wells Fargo/Dillards | PO Box 393 | Minneapolis, MN 55480–0393 | |
| 5385147 | Wenbrook LLC | c/o Joe Holbrook, Reg. Agent | 600 N Eagle Rd, Ste 102 | Meridian, ID 83642 |
| 5385148 | Wshngtn Trbk | PO Box 2127 | Spokane, WA 99210–2127 | |
| 5385149 | YNS Funding LLC | 35 West 9th Street | Brooklyn, NY 11231 | |

TOTAL: 168