

CAVAL LAW OFFICE, P.C.

## ATTORNEY-CLIENT BANKRUPTCY REPRESENTATION AGREEMENT

The Client(s) _David & Kerry Randall_ (hereinafter "Client") hereby enter into this Attorney-Client Representation Agreement with Caval Law Office, P.C. ("Attorney").

### 1.  TOTAL FEES AND COSTS

a)      ATTORNEY FEES: The CLIENT shall pay to ATTORNEY for legal services rendered under this contract in the following manner:

☐      CHAPTER 7: a fixed fee of **$2,162.00.**

☒      CHAPTER 13: a retainer of $ _2187.00_  and **hourly billing at the rate of $425 per hour.** The balance of the fees in excess of the retainer shall be paid through CLIENT'S Chapter 13 Plan after approval of the fees by the Court.

No portion of attorney fees and costs that are paid or agreed to be paid may be cancelled or refunded. All fees and costs paid or agreed to be paid by the CLIENT are fully earned compensation to attorney for services rendered and for the responsibility of undertaking representation of the CLIENT. THE CLIENT understands that the ATTORNEY'S acceptance of undertaking representation of the CLIENT means that significant resources will be committed to the case and that other work that the ATTORNEY would do will be set aside, delayed, or turned down. All monies paid or agreed to be paid by the CLIENT are fully earned by the ATTORNEY and no money is refunded nor may CLIENT cancel this agreement regarding payment of attorney fees and costs. There is a $30.00 fee for any returned checks.

b)      COSTS: In addition to the attorney fees described above, the CLIENT shall pay, prior to the filing of the case, the following filing fee:

☐      CHAPTER 7: **$338.00** for filing the case with the bankruptcy court.

☒      CHAPTER 13: **$313.00** for filing the case with the bankruptcy court.

c)      CREDIT REPORT: CLIENT authorizes ATTORNEY to obtain CLIENT'S Credit Report through its provider CIN LEGAL. The cost for obtaining CLIENT'S Credit Report is $32 for a single-debtor case or $36 for a joint case. CLIENT will complete the CIN LEGAL DATA SERVICES' CONSUMER AUTHORIZATION AND RELEASE FORM and provide it to ATTORNEY. The Credit Report is only available to ATTORNEY for use in completing the necessary bankruptcy forms. Alternatively, CLIENT may pull CLIENT'S own credit reports for free at www.annualcreditreport.com.

INITIALS _____/_____

Initials _____ _____

Caval Law Office, P.C. | 248 Idaho Street South, Twin Falls, Idaho 83301 | Tel: 208.733.2035
Fax: 208.733.3019 | www.cavallawoffice.com

d)      QUICK FILE FEE: In the event that CLIENT needs to have the bankruptcy case filed within 10 days of delivering the Bankruptcy Packet to ATTORNEY then there is an ADDITIONAL $700 fee for filing CLIENT'S case. The fee is payable immediately upon delivery of the completed Bankruptcy Packet to ATTORNEY. In the event that CLIENT needs to stop a foreclosure CLIENT shall deliver the completed Bankruptcy Packet together all required documents and fees to ATTORNEY no later than 10 days before the foreclosure auction date.

e)      SUMMARY OF TOTAL FEES & COSTS FOR YOUR CASE:

| | |
|---|---|
| Attorney Fees: | 2187 00 |
| Filing Fee: | 313 00 |
| Credit Report (if requested): | 90 00 |
| Quick File Fee (if applicable): | 0 00 |
| TOTAL: | 2590 00 |

2.  **OTHER FEES RELATED TO YOUR CHAPTER 7 CASE (NOT COVERED BY YOUR FLAT FEE)**

a)  AMENDED SCHEDULES D, E, & F - $70 FEE: After the filing of a case there is a fee charged by the court to amend schedules to add omitted creditors. If the omission is an oversight on the part of ATTORNEY then ATTORNEY will amend or correct the schedules; and CLIENT will not be charged any fee. If the omission is the fault of the CLIENT then CLIENT shall pay to ATTORNEY the sum of $70.00 to cover the filing fee of the amended schedule, changing the mailing matrix, and for postage and photocopies to send notice of the bankruptcy filing to the omitted creditors.

b)  JUDICIAL LIEN AVOIDANCES - $250 FEE PER LIEN: If there are judicial liens on CLIENT'S property that CLIENT wishes to remove, the cost for removing them is $250 per judicial lien.

c)  REOPENING A CHAPTER 7 CASE - $260 FEE: In the event that it is necessary to reopen a closed case, the cost for reopening a chapter 7 case is $260.00. This fee is paid to the Court.

d)  MOTION TO ABANDON PROPERTY - $350 FEE. In the event that you have real or personal property that needs to be abandoned back to you during the course of your bankruptcy case there is a cost of $188.00 for filing an abandonment motion. This fee is paid to the Court.

3.  **CONDITION**

This contract will not take effect, and ATTORNEY will have no obligation to provide legal service, until CLIENT returns a signed copy of this Contract and pays the fixed fee called for under Paragraph 1.

4.  **SCOPE OF DUTIES**

CLIENT hires ATTORNEY to provide legal services in connection with the preparation of a bankruptcy petition. ATTORNEY shall provide the services listed in Paragraph 4 below. ATTORNEY shall not appear for the client in any state-court litigation under the terms of this contract. Any litigation that ATTORNEY

Initials ___ / ___

Caval Law Office, P.C. | 248 Idaho Street South, Twin Falls, Idaho 83301 | Tel: 208.733.2035
Fax: 208.733.3019 | www.cavallawoffice.com

shall undertake for CLIENT is limited to the United States Bankruptcy Court for the District of Idaho and shall be connected to the bankruptcy petition that ATTORNEY shall file for CLIENT.

ATTORNEY shall take reasonable steps to keep CLIENT informed of the progress of the case and to respond to CLIENT'S inquiries.

## 5. LEGAL SERVICES TO BE PROVIDED BY ATTORNEY

The legal services rendered or to be rendered include:

a) <u>IN A CHAPTER 7 CASE:</u>

     i) Analysis of the financial situation of CLIENT and rendering advice and assistance to CLIENT in determining whether to file a voluntary petition under any chapter of the Bankruptcy Code.

     ii) Preparation and filing of a petition and related documents to file for debt relief under chapter 7 of the Bankruptcy Code. Documents to be prepared and filed include: the petition, schedules, statement of financial affairs, means test, and any other required form or certificate.

     iii) Preparation and representation of CLIENT at the 341 Meeting of Creditors.

     iv) Prepare and file any amendments that are necessary. If an amended to Schedules D,E, or F are necessary because of a CLIENT error or omission, then an additional $70 fee will apply as described in Paragraph 2(a) above.

     v) Provide legal advice to CLIENT regarding the negotiation and execution of Reaffirmation Agreements. ATTORNEY will not approve a Reaffirmation Agreement if ATTORNEY cannot truthfully represent to the court that the Reaffirmation Agreement does not create an undue hardship and that you can make the payments. In the event that CLIENT still wishes to execute a Reaffirmation Agreement against the advice of ATTORNEY then CLIENT shall appear at all court hearings regarding the approval of the Affirmation Agreement and explain to the court how CLIENT will pay the debt.

     vi) Representation to CLIENT'S creditors that you intend to file or have filed for debt relief in an effort to reduce creditor phone calls and harassment.

     **vii)** Discussion of and recommendation for required post-petition credit counseling and education requirements and explanation of those requirements under the Bankruptcy Code. **CLIENT acknowledges that CLIENT is solely responsible for the payment of all fees and charges related to the credit and education counseling.**

     viii) Advice regarding options to retain secured property.

b) <u>IN A CHAPTER 13 CASE:</u>

     i) Analysis of the financial situation of CLIENT and rendering advice and assistance to CLIENT in determining whether to file a voluntary petition under any chapter of the Bankruptcy Code.

Initials _____ / _____

Caval Law Office, P.C. | 248 Idaho Street South, Twin Falls, Idaho 83301 | Tel: 208.733.2035
Fax: 208.733.3019 | www.cavallawoffice.com

ii)   Preparation and filing of a petition and related documents to file for debt relief under chapter 13 of the Bankruptcy Code. Documents to be prepared and filed include: the petition, schedules, statement of financial affairs, means test, chapter 13 plan, and any other required form or certificate.

iii)  Prepare and file any amendments that are necessary.

iv)   Explain to CLIENT how, when, and where to make all necessary payments including payments that must be made directly to creditors and payments that must be made to the trustee.

v)    Advise CLIENT of the need to maintain appropriate insurance.

vi)   Advise CLIENT of the requirement to attend the 341 Meeting of Creditors and notify the CLIENT of the date, time, and place of the meeting.

vii)  Provide knowledgeable legal representation of CLIENT at the 341 Meeting of Creditors and at any motion hearing, plan confirmation hearing, or modification hearing.

viii) If ATTORNEY finds it necessary for another attorney to appear and attend the 341 Meeting or any court hearing then ATTORNEY shall personally explain to CLIENT, in advance, the role and identity of the other attorney and provide the other attorney with the file in sufficient time to review it and properly represent CLIENT.

ix)   Ensure timely submission to the trustee of properly documented proof of income for the debtor, including business reports for self-employed debtors.

x)    Timely respond to objections to plan confirmation, and where necessary, prepare, file and serve an amended plan.

xi)   Timely prepare, file, and serve any necessary amended statements and schedules and any change of address, in accordance with information provided by the CLIENT.

xii)  Be available to respond to CLIENT's questions throughout the term of the plan which will be anywhere from 3 years up to 5 years.

xiii) Prepare, file, and serve timely modifications to the plan after confirmation, when necessary, including modifications to suspend, lower, or increase plan payments.

xiv)  Prepare, file and serve necessary motions to buy or sell property and to incur debt.

xv)   Evaluate claims which are filed and, where appropriate, object to filed claims.

xvi)  Timely respond to the trustee's motion to dismiss the case, such as for payment default, or unfeasibility, and to motions to increase the payments into the plan.

xvii) Timely respond to motions for relief from stay.

xviii) Prepare, file and serve all appropriate motions to avoid liens, if not included in the plan.

xix)  Provide any other legal services necessary for the administration of this case before the bankruptcy court.

## 6.  LEGAL SERVICES NOT PROVIDED

The legal services and/or legal representation not to be provided or rendered by ATTORNEY under this contract include:

Initials _____ / _____

Caval Law Office, P.C. | 248 Idaho Street South, Twin Falls, Idaho 83301 | Tel: 208.733.2035
Fax: 208.733.3019 | www.cavallawoffice.com

a) Representation of CLIENT in any adversary proceeding arising under Bankruptcy Code Section 523 for fraud, credit card abuse, false financial statements or any and all exceptions to the discharge under Section 523; or

b) Representation of CLIENT in any adversary proceeding arising under Bankruptcy Code Section 727 for false oath, concealment of assets, revocation of discharge or any other and all objections to discharge under Section 727; or

c) In a Chapter 7 case, representation of CLIENT for any type of federal or state tax advice, opinion, negotiation, or any other matters pertaining to the discharge of any tax under state or federal law.

d) Representation of the Debtor in any state court proceeding.

e) Appeals to a higher court from an adverse ruling in any matter within the bankruptcy case.

f) Reopening any closed bankruptcy case.

CLIENT has the option of hiring a different attorney to represent CLIENT in of the actions described above. In the event that CLIENT desires ATTORNEY to represent CLIENT any of the above-described actions then CLIENT may hire ATTORNEY for representation in the adversary at the ATTORNEY's hourly billing rate of $300 per hour. Any representation for actions described in Paragraph 5 require a separate agreement between ATTORNEY and CLIENT.

CLIENT acknowledges and understands that by signing this agreement that debts will not be discharged if a creditor proves that CLIENT lied about assets or concealed, destroyed or transferred any property or if the creditor can otherwise prove the required elements of Bankruptcy Code Section 523 and/or 727.

CLIENT acknowledges and understands by signing this agreement that all the bankruptcy papers, pleadings, and petitions are signed under penalty of perjury and that a false oath, concealment of assets or other allegations under Bankruptcy Code Section 727 by a creditor, trustee, or the court may result in the denial of CLIENT'S discharge and subjects CLIENT to other sanctions both monetary and non-monetary as well.

7. **CLIENT DUTIES & RESPONSIBILITIES**

a) <u>IN A CHAPTER 7 CASE</u>:

   i)    CLIENT shall discuss with ATTORNEY the CLIENT'S objectives in filing the case.
   ii)   Provide ATTORNEY with full, accurate, and timely information, financial and otherwise, including properly documented proof of income.
   iii)  Appear at the 341 Meeting of Creditors with recent proof of income, picture identification, and proof of the CLIENT's social security number together with any other required information.
   iv)   Obtain the post-filing debtor education course and provide proof to ATTORNEY.
   v)    Timely respond to all requests for information from ATTORNEY.

b) <u>IN A CHAPTER 13 CASE</u>:

Initials _____

Caval Law Office, P.C. | 248 Idaho Street South, Twin Falls, Idaho 83301 | Tel: 208.733.2035
Fax: 208.733.3019 | www.cavallawoffice.com

i)      CLIENT shall discuss with ATTORNEY the CLIENT'S objectives in filing the case.

ii)     Provide ATTORNEY with full, accurate, and timely information, financial and otherwise, including properly documented proof of income.

iii)    Appear at the 341 Meeting of Creditors with recent proof of income, picture identification, and proof of the CLIENT's social security number together with any other required information.

iv)     Notify the attorney of any change in the debtor's address, telephone number, or e-mail address.

v)      Inform ATTORNEY of any wage garnishments, levies, liens or repossessions of or on assets that occur both before and after the case is filed.

vi)     Contact ATTORNEY immediately if CLIENT loses employment, has a significant upward or downward change in income, or experiences any other significant changes in CLIENT'S financial situation (including: an inheritance, lottery winnings, serious illness of CLIENT or CLIENT'S dependent(s), liquidating retirement funds, injured post-petition giving rise to a potential lawsuit against a third party, etc.)

vii)    Notify ATTORNEY if CLIENT is sued or wishes to file a lawsuit (including a divorce).

viii)   Provide ATTORNEY and trustee with copies of income tax returns and provide the trustee with any refunds received as required by the Court's Income Tax Turnover Order. Inform the ATTORNEY if any tax refunds to which the CLIENT is entitled are seized or not received when due from the IRS, the State of Idaho, or any other entity.

ix)     Contact ATTORNEY before buying, refinancing, or selling any real or personal property and before entering into any loan agreement.

x)      Cooperate with ATTORNEY and the trustee in regard to questions about the allowance of disallowance of claims.

xi)     Timely respond to all requests for information from ATTORNEY.

xii)    For self-employed CLIENTS, provide to ATTORNEY required profit and loss statements, balance sheets, asset lists and all other documents that ATTORNEY requests to prepare and handle the case.

## 8.  CONCLUSION OF SERVICES

When ATTORNEY'S services conclude, all unpaid charges shall immediately become due and payable. ATTORNEY'S services are concluded upon either (1) termination of ATTORNEY'S services by either party, or (2) the closure of CLIENT'S case. ATTORNEY shall maintain CLIENT'S file for a maximum period of 5 years from the date of closure at which time ATTORNEY shall have the option of destroying the file. Upon request of CLIENT, ATTORNEY will deliver CLIENT'S file to CLIENT, along with any CLIENT funds or property in ATTORNEY'S possession.

## 9.  DISCLAIMER OF GUARANTEE

Nothing in this Contract and nothing in ATTORNEY'S statements to CLIENT will be construed as a promise or guarantee about the outcome of CLIENT'S matter. ATTORNEY makes no such promises or guarantees because numerous areas of the Bankruptcy Code and state laws governing exemptions are unsettled and disputed by debtors, creditors, and trustees. ATTORNEY'S comments about the outcome of CLIENT'S matter are expressions of opinion only.

Initials _____ / _____

Caval Law Office, P.C. | 248 Idaho Street South, Twin Falls, Idaho 83301 | Tel: 208.733.2035
Fax: 208.733.3019 | www.cavallawoffice.com

## 10. EFFECTIVE DATE

This Contract will take effect when the CLIENT has performed the conditions stated in Paragraph 1, but its effective date will be retroactive to the date ATTONEY first provided services. The date contained in this Contract is for reference only. Even if this Contract does not take effect, the CLIENT will be obligated to pay ATTORNEY the reasonable value of any services ATTORNEY may have performed for CLIENT.

The CLIENT hereby acknowledges that CLIENT understands the terms and conditions of this agreement by signing below. The CLIENT agrees with the ATTORNEY that this written contract contains all the terms and conditions of ATTORNEY's scope of employment. Any oral modifications of this agreement will not be binding upon the ATTORNEY and/or CLIENT unless it is subsequently made in writing and signed by both parties.

## 11. ADDITIONAL LEGAL SERVICES

If CLIENT needs other legal services which may or may not be related to the above matter, including any matters described in Paragraph 5 above, then CLIENT and ATTORNEY may make a new agreement to provide the other services. The new agreement may be a fixed fee agreement or billed at an hourly rate as agreed by the parties.

## 12. BANKRUPTCY DISCHARGE

The CLIENT acknowledges and understands by signing this agreement that a discharge in bankruptcy is a legal excuse from paying unsecured debts. The CLIENT acknowledges and understands by executing this agreement that bankruptcy does not cancel secured debts, debts to creditors that CLIENT did not list on the bankruptcy schedules, most income taxes, payroll taxes, sales taxes, tax penalties and interest owed to the State and federal government, most student loans, child and spousal support, most fraud judgments from any court, punitive damages, criminal restitution and fines, most judgments for malicious and willful conduct from any court, and any money that you owe as a result of being sued for drunken driving.

## 13. LIQUIDATION OF ASSETS BY TRUSTEE

The CLIENT acknowledges and understands that in the chapter 7 case a chapter 7 trustee will be appointed by the court. The CLIENT understands that the chapter 7 trustee has a duty to investigate the financial affairs of the debtor; determine the available assets to be liquidated for payment of creditors and oppose the discharge of the debtor, if advisable. The CLIENT acknowledges that CLIENT has a duty to cooperate with the chapter 7 trustee. The CLIENT acknowledges that the chapter 7 trustee may investigate the value of CLIENT'S real property, business, and any and all other assets that may result in liquidation and payment of money to creditors.

The foregoing terms and conditions are understood and acknowledged to be the entire agreement between CLIENT and ATTORNEY.

Dated:

1/20/25   DAR   2/13/25

DAVID A. RAGDALE
Client 1 Name (print)

Client 1 Signature

Initials _DAR_ / _KR_

Caval Law Office, P.C. | 248 Idaho Street South, Twin Falls, Idaho 83301 | Tel: 208.733.2035
Fax: 208.733.3019 | www.cavallawoffice.com

Dated: 1/20/25

Kerry S. Randall
Client 2 Name (print)

Kerry S. Randall
Client 2 Signature

Dated: 1/20/2025

Alexandra Caval, Attorney
On behalf of Caval Law Office, P.C.

Initials _____ / _____

Caval Law Office, P.C. | 248 Idaho Street South, Twin Falls, Idaho 83301 | Tel: 208.733.2035
Fax: 208.733.3019 | www.cavallawoffice.com